Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                                    )
                                                          )
DILLARD, THOMAS JEFFERSON       )      Case No. 10-62008 WEA
DILLARD, PATTY SIX                       )
                                                          )
         Debtors                                 )      Chapter 7
_____)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
MAR 2 4 2011
BY_____ DEPUTY CLERK

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: March 23, 2011

_____
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

Please deposit to U.S. Treasury check no. 113 in the amount of $1.16 dated 3/23/2011 which represents a small dividends check in the Chapter 7 bankruptcy case of Dillard, Thomas Jefferson and Dillard, Patty Six (case no. 10-62008) on Claim no. : Branch Banking & Trust Company
        Bankruptcy Section/100-50-01-51
        P.O. Box 1847
        Wilson, NC 27894-1847
        Original unsecured claim in amount of $35.12