UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Form #64-8B
Rev. 1/05

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
MAY 20 2011
BY _____
DEPUTY CLERK

In re: )
)
DILLARD, THOMAS JEFFERSON ) Case No. 10-62008 WEA
DILLARD, PATTY SIX )
)
Debtor(s) ) Chapter 7
)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. This enclosed check for $17.66 is the result of a second distribution due to returned funds from the initial distribution for claim no. 3U-1 of Orange Lake Country Club, Inc., having already been satisfied.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: May 19, 2011

_____
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

| Claim No. | Claimant Name and Address | Amount Due |
|---|---|---|
| 1-1 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3.84 |
| 2-1 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 0.10 |
| 4-1 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1.88 |
| 5-1 | PYOD LLC, its successors and assigns as assignee of Citibank, NA, c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3.29 |
| 6-1 | PYOD LLC, its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2.94 |
| 7-1 | BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | $ 3.30 |
| 8-1 | BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | $ 0.53 |
| 10-1 | GE Money Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Ave., Suite 1120<br>Miami FL 33131-1605 | $ 0.27 |
| 11-1 | GE Money Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Ave., Suite 1120<br>Miami FL 33131-1605 | $ 1.51 |
| | **TOTAL CHECK** | $17.66 |